**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. 4:22-CR-00008 |
| | ) | |
| CALVIN FRANK ROBBINS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before this Court is *Counsel's Amended Application for Leave of Court Pursuant to Local Rule 83.9*. Having found that Counsel's request complies with both *LR 83.9* and the *Federal Rules of Criminal Procedure*,

Counsel's Application for Leave as requested is hereby ***GRANTED*** for the following dates:

March 25th, 2022  through and including March 28th, 2022;

March 31st, 2022 through and including April 1st, 2022;

April 7th, 2022 through and including April 11th, 2022;

April 20th, 2022 through and including April 22nd, 2022; and

May 19th 2022 through and including May 20th, 2022.

SO ORDERED, THIS THE 28th DAY OF JANUARY, 2022.

_____
Christopher L. Ray
Magistrate Judge
United States District Court
Southern District of Georgia

Prepared by: Ryan D. Langlois
217 West York Street
Savannah, GA  31401
912/349-7429
rdlangloisesq@gmail.com