IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. 4:22-CR-8 |
| | ) | |
| CALVIN ROBBINS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before this Court is *Counsel's Application for Leave of Court Pursuant to Local Rule 83.9*. Having found that Counsel's request complies with both *LR 83.9* and the *Federal Rules of Criminal Procedure*,

Counsel's Application for Leave as requested is hereby **GRANTED** for the following dates:

- September 16th, 2022.

SO ORDERED, this 23rd day of August, 2022.

*/s/ Christopher L. Ray*
Christopher L. Ray
Magistrate Judge
United States District Court
Southern District of Georgia

Prepared by: Ryan D. Langlois
217 West York Street
Savannah, GA  31401
912/349-7429
rdlangloisesq@gmail.com