IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:22-cr-8 |
| CALVIN FRANK ROBBINS, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's September 19, 2022, Report and Recommendation, (doc. 42), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 42), as the opinion of the Court. Therefore, the Court finds that defendant is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

Furthermore, the deadline to file pretrial motions in the above referenced case has passed with no motions having been filed, thus, it appears the case is ready for trial. Therefore, the Court **ORDERS** the parties to confer and file their status report **on or before November 9, 2022**, notifying the Court as to the current status of the case. The joint status report shall indicate whether (1) the parties are prepared to proceed to trial, and, if they are, list three potential dates for a status conference within the following 14 days; or, (2) if the parties believe the case will result in a negotiated plea agreement, whether additional time is needed for plea negotiations.

The Clerk of Court is **DIRECTED** to provide a copy of Magistrate Judge Ray's Criminal Status Report form by including it as an attachment to this Order on the record of the case.

**SO ORDERED**, this 31st day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA